# United States Court of Appeals
## For the First Circuit

No. 12-2406

WILLIAM READE, JR.,

Plaintiff, Appellant,

v.

WILLIAM F. GALVIN, ET AL.,

Defendants, Appellees.

Before

Howard, Stahl and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: June 11, 2013

      Having reviewed the record in this case, we affirm the dismissal of this action essentially for the reasons given by the district court in its memorandum and order, dated October 30, 2012.

      <u>Affirmed</u>.

      By the Court:

      <u>/s/ Margaret Carter, Clerk</u>.

cc:
William Frederick Reade, Jr.
Martha Coakley
John Michael Stephan