# United States Court of Appeals
## For the First Circuit

No. 12-2406

WILLIAM READE, JR.,

Plaintiff, Appellant,

v.

WILLIAM F. GALVIN, ET AL.,

Defendants, Appellees.

Before

Torruella, Howard and Thompson,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: February 10, 2014

Mandate in this case issued on July 3, 2013. Construing appellant's motion as one to recall mandate, it is <u>denied</u>. All pending motions in this case are <u>denied</u>.

The clerk will accept no further motions in this case.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.


cc:
William Reade, Jr.
Marth Coakley
John Stephan